**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

COREY L. ROBINSON,
    Plaintiff,

vs.                         Case No.:  3:05cv47/MCR/EMT

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 8, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause of action is dismissed for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), such dismissal being without prejudice to Plaintiff's refiling the action upon his exhaustion of all available administrative remedies.

**DONE AND ORDERED** this 12th day of September, 2005.

                    *s/ M. Casey Rodgers*
                    **M. CASEY RODGERS
                    UNITED STATES DISTRICT JUDGE**